In the Matter of the Application of LUTHER T. TOWNS-END, Respondent, to Compel ELBERT S. BOUGHTON, an Attorney at Law, Appellant, to Pay over Certain Moneys.

*Matter of Townsend*, 172 App. Div. ——, appeal dismissed.
(Argued April 10, 1916; decided April 18, 1916.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 25, 1916, which dismissed an appeal from an order of Special Term granting the application for an order to compel an attorney to pay over certain moneys.

The motion was made upon the ground that the order of the Appellate Division was not appealable to the Court of Appeals.

*Thomas Gregory* for motion.

*Elbert S. Boughton* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.